## 37865. BUXTON v. FORREST.

Judgment affirmed without opinion pursuant to Rule 59. *All the Justices concur.*

DECIDED DECEMBER 3, 1981.

*A. Frank Grimsley,* for appellant.

*Gary C. Christy, District Attorney, J. Anderson Harp, Assistant District Attorney, Michael J. Bowers, Attorney General, Virginia H. Jeffries, Staff Assistant Attorney General,* for appellee.